IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JENNIFER WOMACK | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-707 |
| | § | |
| GALVESTON HOUSING | § | |
| AUTHORITY, ET AL. | § | |

**O R D E R**

Before the Court is a Report and Recommendation of the United States Magistrate Judge which recommends that the Defendant, Galveston Housing Authority (GHA), provide Plaintiff, Jennifer Womack, with a post-deprivation informal hearing concerning her termination from GHA' s rental assistance program.   GHA has filed timely objections to the Report and Recommendation.

In its objections, GHA urges its " side of the story" to explain why Womack had no informal hearing before she was terminated from the rental assistance program, however, in the opinion of this Court the Magistrate Judge was correct in finding that under the circumstances of this case a post-deprivation informal hearing should be given to Womack before further proceedings in this Court.  Therefore, after *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), this Court **ACCEPTS** the Report and Recommendation of the Magistrate Judge.

It is, therefore, **ORDERED** that the GHA **SHALL**, if it has not already do so, provide Womack with a post-deprivation informal hearing before a fair and unbiased Hearing Examiner in conformity with all applicable rules and regulations **within ten (10) days** of the entry of this Order.

It is further **ORDERED** that the Report issued by the Hearing Examiner **SHALL** be filed with this Court **within five (5) days** of the completion of the hearing.

     **DONE** at Galveston, Texas, this 21st day of March, 2007.

 

Samuel B. Kent
United States District Judge

2