IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JENNIFER WOMACK | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-707 |
| | § | |
| GALVESTON HOUSING AUTHORITY, ET AL. | § § | |

## OPINION AND ORDER

Before the Court is a Report and Recommendation from the United States Magistrate Judge dated July 10, 2007, which recommends that the Motions for Injunctive Relief of Plaintiff, Jennifer Womack, be denied. On July 25, 2007, Womack filed objections to the Report and Recommendation and on August 7, 2007, she filed a "Motion for New Hearing."

After *de novo* review under 28 U.S.C. § 636(b)(1)(C), the Court finds that the Report and Recommendation is a well reasoned and correct application of law to the facts as developed at the Evidentiary Hearing on Womack's numerous requests for injunctive relief and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is the **ORDER** of this Court that the Motions for Injunctive Relief (Instrument Nos. 26, 35, 41, 54, 55, 57 and 65) of Plaintiff, Jennifer Womack, are **DENIED**.

It is further **ORDERED** that Womack's "Motion for New Hearing" (Instrument No. 89) is **DENIED**.

It is further **ORDERED** that this pro se matter is **RETURNED** to the United States Magistrate Judge for initial consideration of all further pretrial proceedings.

**DONE** at Galveston, Texas, this ____13th____ day of August, 2007

Samuel B. Kent
United States District Judge